UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michael L. Bailey, et al.

                                                  Plaintiff,

v.                                                         Case No.: 1:08−cv−00734
                                                              Honorable John F. Grady

Elgin, Joliet & Eastern Railway Company, et al.

                                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable John F. Grady: Pretrial Conference set for 5/6/2008 at 10:00 AM. EACH PARTY SHOULD BE REPRESENTED AT THE CONFERENCE BY THE ATTORNEY IN CHARGE OF THE CASE, who shall be familiar with the facts and the applicable law and be prepared to enter into stipulations which will simplify the issues and reduce the need for discovery. Counsel should also be prepared to discuss settlement and, if possible, come to the conference with settlement authority.The court's experience is that the purposes of Rule 16 conferences are sometimes frustrated by counsels' unfamiliarity with documents essential to an understanding of the case. NO LATER THAN 05/02/08, each party shall provide to all other parties copies of all documents that are material to the disputed issues. A party need not, however, furnish to a party copies of documents which are already in the possession of that party.UPON RECEIPT OF THIS ORDER, COUNSEL ARE DIRECTED TO CONFIRM WITH EACH OTHER THE DATE AND TIME OF THIS CONFERENCE.On day of conference, counsel should report to the COURTROOM.Mailed notice(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.