# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 734 | **DATE** | May 27, 2008 |
| **CASE TITLE** | Bailey v. Elgin, Joliet & Eastern R.R. | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held in chambers.  This FELA case is brought by a railroad switchman who fell into a hole on property owned by U.S. Steel and used by the defendant railroad for its tracks.  The circumstances of the occurrence are not clear at this point and the parties are going to need to do some discovery.  Liability discovery will close October 31, 2008 and a status conference to discuss the medical situation will be held on November 12, 2008 at 10:30 a.m.

The plaintiff has had two surgeries to his hip and has some lumbar problems as well.  He is 33 years old and may be permanently disabled, at least as far as working again as a switchman.  He has not returned to work.

_____ [ For further details see text below.]

Docketing to mail notices.

:00

**STATEMENT**